# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: May 28, 2024

Mr. Jeffrey Bryan Wall  
Sullivan & Cromwell  
1700 New York Avenue, N.W.  
Suite 700  
Washington, DC 20006

Re: Case No. 24-3449, *Ohio Telecom Association, et al v. FCC, et al*  
Originating Case No. FCC 24-52

Dear Counsel,

This case has been docketed as number **24-3449** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following case opening items should be docketed with the Clerk's office by **June 11, 2024**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space. If payment did not accompany the petition for review, the $600 filing fee should also be paid by this date.

|  |  |
|---|---|
| Petitioner: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

These deadlines are important - if the initial case opening items are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

          Sincerely yours,

          s/Robin L Baker
          Case Manager
          Direct Dial No. 513-564-7014

cc: Mr. Robert B. Nicholson
    Mr. Adam Sorensen

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-3449

OHIO TELECOM ASSOCIATION; USTELECOM, The Broadband Association

    Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

    Respondents