

Federal Communications Commission
Washington, D.C. 20554

June 7, 2024

**<u>BY ELECTRONIC FILING</u>**

Kelly L. Stephens, Clerk of Court
Office of the Clerk
United States Court of Appeals
 for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

    RE: *Ohio Telecom Association and USTelecom – The Boradband Association v. FCC*, No. 24-3449

Dear Ms. Stephens:

    In accordance with Panel Rule 25.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission hereby notifies the Court that on June 6, 2024, the Judicial Panel on Multidistrict Litigation issued a consolidation order (copy attached) in the above referenced case.

                                   Respectfully submitted,

                                   <u>/s/ Scott M. Noveck</u>

                                   Scott M. Noveck
                                   Counsel

cc: Counsel of Record (via CM/ECF)