## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

_____

NEW YORK • LOS ANGELES • PALO ALTO

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

June 9, 2024

Via CM/ECF

Kelly L. Stephens
Clerk of Court
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202

      Re:    <u>Ohio Telecom Association</u> v. *FCC*, No. 24-3449, and consolidated cases

Dear Ms. Stephens:

      On Friday, June 7, the Federal Communications Commission filed a motion to transfer this litigation to the D.C. Circuit, and asked the Court to "act on th[e] motion expeditiously." ECF No. 13 at 3 n.2. Given that request, petitioners wish to apprise the Court and the Clerk's Office of three relevant updates.

      First, a group of petitioners in the consolidated cases plans to timely file an opposition to the Commission's transfer motion. Petitioners respectfully request that the Court defer any action on the Commission's motion until petitioners have submitted their response.

      Second, a group of petitioners plans to file a motion to stay the challenged FCC order pending judicial review. Petitioners will file that motion on Monday, June 10.

      Third, petitioners intend to argue that the Court should decide their stay motion before it decides the Commission's transfer motion. *Cf. In re Forth Worth Chamber of Commerce*, 100 F.4th 528 (5th Cir. 2024) (granting mandamus to overturn a district court order transferring an administrative challenge while a motion for emergency relief was pending).

Kelly L. Stephens -2-

Sincerely,

/s/ Jeffrey B. Wall
Jeffrey B. Wall
Sullivan & Cromwell LLP
1700 New York Avenue NW
Washington, DC 20006
(202) 956-7500
wallj@sullcrom.com

*Counsel for Ohio Telecom Association, USTelecom – The Broadband Association, and NCTA – The Internet & Television Association*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2024, I electronically filed the foregoing letter with the Clerk of Court using the CM/ECF system.  I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

/s/ Jeffrey B. Wall
Jeffrey B. Wall

June 9, 2024