# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 01, 2024

Mr. Russell Balikian
Mr. Jonathan Bond
Mr. Matthew Brill
Mr. Jeremy Joseph Broggi
Mr. Andrew W. Chang
Ms. Sarah Citrin
Mr. Charles S Dameron
Mr. Boyd Garriott
Ms. Zoe A. Jacoby
Mr. Thomas M. Johnson Jr.
Mr. Albert H. Kramer
Mr. Jeffrey A. Lamken
Mr. Jacob M. Lewis
Mr. Roman Martinez
Mr. Matthew Murchison
Mr. Jackson Myers
Mr. Robert B. Nicholson
Mr. Scott Matthew Noveck
Ms. Morgan L. Ratner
Mr. Max Schulman
Mr. Joshua Scott Turner
Ms. Helgi C. Walker
Mr. Jeffrey Bryan Wall

Re: Case No. 24-7000/24-3449/24-3450/24-3497/24-3508/24-3510/24-3511/24-3519/24-3538, *In re: MCP No. 185 Open Internet Rule (FCC 24-52)* Originating Case No. 24-52

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Jeffrey Matthew Harris
    Mr. Thomas Ryan McCarthy
    Mr. Kevin K. Russell
    Mr. Andrew Jay Schwartzman
    Mr. James Bradford Ramsay

Enclosure