UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 24-7000, and others (see attachment)

Case Title: MCP No. 185, and others (see attachment) vs. _____

List all clients you represent in this appeal:

> Senator Ted Cruz, Representative Cathy McMorris Rodgers, Senator Marsha Blackburn, Senator Ted Budd, Representative Robert Latta, Senator Eric Schmitt, Senator Thom Tillis, Senator Roger Wicker

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: William P. Barr   Signature: s/ *William P. Barr*

Firm Name: Torridon Law PLLC

Business Address: 801 17th Street NW, Suite 1100

City/State/Zip: Washington, DC 20006

Telephone Number (Area Code): 202-249-6900

Email Address: ecf@torridonlaw.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

*In re: MCP No. 185*, No. 24-7000 (lead)

*Ohio Telecom Ass'n v. FCC*, No. 24-3449

*Ohio Cable Telecomms. Ass'n v. FCC*, No. 24-3450

*MCTA v. FCC*, No. 24-3497

*CTIA v. FCC*, No. 24-3508

*Wireless Internet Serv. Providers Ass'n v. FCC*, No. 24-3510

*ACA Connects v. FCC*, No. 24-3511

*Fla. Internet & Telev. Ass'n v. FCC*, No. 24-3519

*Tex. Cable Ass'n v. FCC*, No. 24-3538