# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 09, 2024

Mr. Daniel Hirotsu Woofter
Goldstein, Russell & Woofter
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006

Re: Case No. 24-7000/24-3449/24-3450/24-3497/24-3504/24-3507/24-3508/24-3510/24-3511/24-3519/24-3538,
*MCP No. 185 Open Internet Rule (FCC 24-52)*
Originating Case No. 24-52

Dear Counsel,

The appearance form which you submitted to the court has one or more deficiencies. You are directed to correct these deficiencies as shown on the enclosed checklist. Failure to do so may result in not being designated as counsel of record.

- o  The appearance form does not list all case numbers which counsel will be participating;
- o  The appearance form has been filed in cases which do not apply to his appearance, counsel should uncheck the case numbers that do not apply.

If you have any questions, please contact the clerk's office for assistance.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014